JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

ESHAGHIAN FAMILY TRUST,

        Plaintiff,

    v.

FALLS LAKE NATIONAL INSURANCE COMPANY, and DOES 1 to 100, inclusive,

        Defendants.

Case No.: 2:25-cv-01212-MRA-MAA

**JUDGMENT**

Pursuant to the Court's March 13, 2026, Order Granting Defendant Falls Lake National Insurance Company's ("Defendant") Motion for Summary Judgment (ECF 54),

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. Judgment on the first cause of action asserted by Plaintiff Eshaghian Family Trust ("Plaintiff") for breach of contract is entered in favor of Defendant and against Plaintiff, and the first cause of action is dismissed with prejudice.

2. Judgment on the second cause of action asserted by Plaintiff for breach of the implied covenant of good faith and fair dealing is entered in favor of Defendant and against Plaintiff, and the second cause of action is dismissed with prejudice.

-1-

4928-7872-3736

-2-

3.      All dates and deadlines, including the Final Pretrial Conference scheduled for April 6, 2026, have been vacated.

4.      Plaintiff shall take nothing from Defendant by reason of its Complaint filed herein.

5.      Defendant is the prevailing party and shall recover its costs in an amount to be determined as permitted by law.

6.      There being no other defendants or pending matters, this case is now closed.

**IT IS SO ORDERED.**

Dated:  March 26, 2026

HON. MÓNICA RAMÍREZ ALMADANI
UNITED STATES DISTRICT JUDGE

4928-7872-3736